# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:12 CV 217

| | |
|---|---|
| DIRECTV, LLC, a California limited liability company, ) ) ) | |
| Plaintiff ) ) | |
| V ) ) | **ORDER** |
| ELLEN ROBINSON, Individually, and as officer, director, shareholder, and/or principal of RENDEZVOUS RESTAURANT, INC., d/b/a THE RENDEZVOUS RESTAURANT & LOUNGE, ) ) ) ) ) ) ) ) | |
| and ) ) | |
| RENDEZVOUS RESTAURANT, INC., d/b/a THE RENDEZVOUS RESTAURANT & LOUNGE, ) ) ) ) | |
| Defendants. ) | |

**THIS MATTER** is before the court on Allan P. Root's Application for Admission to Practice *Pro Hac Vice* of Wayne D. Lonstein. It appearing that Wayne D. Lonstein is a member in good standing with the New York State Bar and will be appearing with Allan P. Root, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

# ORDER

**IT IS, THEREFORE, ORDERED** that Allan P. Root's Application for Admission to Practice *Pro Hac Vice* (#2) of Wayne D. Lonstein is **GRANTED**, and that Wayne D. Lonstein is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Allan P. Root.

Signed: August 8, 2012

_____
Dennis L. Howell
United States Magistrate Judge